UNITED STATES DISTRICT COURT
OF WASHINGTON DC

Barry Ahuruonye,

          Plaintiff(s),

   v.                                                Case 1:15-cv-01215

Ms. Marion Campbell and Ms. Deborah Charratte,

          Defendant(s).

## REQUEST FOR CLERK'S ENTRY OF DEFAULT

Plaintiff(s), Barry Ahuruonye, request(s) that the Clerk of Court enter Default against Defendant(s), Ms. Marion Campbell and Ms. Deborah Charratte, pursuant to Federal Rule of Civil Procedure 55(a). In support of this request Plaintiff relies upon the record in this case and the affidavit submitted herein.

Dated October 10, 2015

                                                                               Plaintiff

UNITED STATES DISTRICT COURT
WASHINGTON DC

---

Barry Ahuruonye

                Plaintiff(s),

    v.                                                                   Case 1:15-cv-01215  RBW

Ms. Marion Campbell and Ms. Deborah Charratte

                Defendant(s).

---

### AFFIDAVIT IN SUPPORT OF REQUEST FOR CLERK'S ENTRY OF DEFAULT

I, Barry Ahuruonye, being duly sworn, state as follows:

1. I am the plaintiff in the above-entitled action and I am familiar with the file, records and pleadings in this matter.

2. The summons and complaint were filed on July 27, 2015.

3. Defendant(s) Ms. Marion Campbell and Ms. Deborah Charratte served with a copy of the summons and complaint on July 30, 2015, as reflected on the docket sheet by the proof of service filed on July 31, 2015.

4. An answer to the complaint was due on October 1, 2015.

5. Defendant(s) has / have failed to appear, plead or otherwise defend within the time allowed and, therefore, are now in default.

** An agency has thirty days from the date of service of process to answer a FOIA Complaint, See 5 U.S.C. § 552(a)(4)(C) (2000). not the usual sixty days that are otherwise permitted by Federal Rule of Civil Procedure 12(a).
But this agency has not even responded after 60 days of been served.

**RECEIVED OCT 13 2015
Clerk, U.S. District & Bankruptcy Courts for the District of Columbia**

6. Plaintiff requests that the clerk of court enter default against the defendant(s).in the amount of $12.000.00 to pay these defaulted bill as a result of agency improper withholding of my SF-2810 because it would have revealed that the agency reprisal and unlawful termination of my medical coverage on 4/17/15 when I was allegedly still an employee thus depriving me the essential document that I need to challenge these bills within the required 30 days to dispute those debt hence those debt

became valid debt and collection was initiated and was reflected on my credit report+ $88,000.00 for total of $100,000.00 to mitigate the impact of the agency improper withholding of these documents has led to collection actions against me and the associated public record and has earned me the "marker" of having "Derogatory Public Record/Collection". With consumer credit reporting agencies which remains in my credit report for seven years as I now have to access credit benefits at high interest rate level and I am pleading for a default judgment of $100,000.00   to mitigate the adverse action for the agency improper withholding of these documents and the financial cost  impact for the agency improper document withholding for the next seven years and the drastic reduction of my credit line and downgrading of credit rating that has ruined my credit rating as a result of collection activities by credit guarantors and Service providers.

Dated October 10, 2015

_____
Plaintiff

Sworn to and subscribed before
Me this 10th day of OCT. ,2015.
_Veronica Anne Naraine_
Notary Public
My Commission Expires: Oct. 11, 2016

VERONICA ANNE NARAINE
NOTARY PUBLIC
PRINCE GEORGE'S COUNTY, MD
COMMISSION EXPIRES 10-11-2016

UNITED STATES DISTRICT COURT
OF WASHINGTON DC

---

Barry Ahuruonye,

          Plaintiff(s),

v.                                 Case 1:15-cv-01215

Ms. Marion Campbell and Ms. Deborah Charratte,

          Defendant(s).

---

## REQUEST FOR CLERK'S ENTRY OF DEFAULT

Plaintiff(s), Barry Ahuruonye, request(s) that the Clerk of Court enter Default against Defendant(s), Ms. Marion Campbell and Ms. Deborah Charratte, pursuant to Federal Rule of Civil Procedure 55(a). In support of this request Plaintiff relies upon the record in this case and the affidavit submitted herein.

Dated October 13, 2015

                                                                     Plaintiff

UNITED STATES DISTRICT COURT
WASHINGTON DC

Barry Ahuruonye,

        Plaintiff(s),

v.

Ms. Marion Campbell and Ms. Deborah Charratte

        Defendant(s).

Case 1:15-cv-01215

## **CLERK'S ENTRY OF DEFAULT**

It appearing that Defendant(s)

Ms. Marion Campbell and Ms. Deborah Charratte, are in Default for failure to appear or otherwise defend as required by law, Default is hereby entered as against said defendant(s) on this day of October 13, 2015.

                                                                                     Clerk of Court
                                                United States District Court of Washington DC

UNITED STATES DISTRICT COURT
WASHINGTON DC

---

Barry Ahuruonye,

                Plaintiff(s),

    v.                                        Case 1:15-cv-01215

Ms. Marion Campbell and Ms. Deborah Charratte,

                Defendant(s).

---

## **JUDGMENT FOR SUM CERTAIN BY DEFAULT**

Defendant(s), Ms. Marion Campbell and Ms. Deborah Charratte, was served with the Summons and Complaint in this action on or about July 30, 2015 and the time for defendant(s) to appear, answer or move against the Complaint has expired without an appearance by defendant; accordingly, pursuant to Rule 55(b)(1) of the Federal Rules of Civil Procedure and Rule 55 of the Local Rules of Practice of the United States District Court for the WASHINGTON DC, it is hereby

        ADJUDGED that the plaintiff(s), Barry Ahuruonye, recover from the defendant(s) the sum of $12.000.00 to pay these defaulted bill as a result of agency improper withholding of my SF - 2810 because it would have revealed that the agency reprisal and unlawful termination of my medical coverage on 4/17/15 when I was allegedly still an employee thus depriving me the essential document that I need to challenge these bills within the required 30 days to dispute those debt hence those debt became valid debt and collection was initiated and was reflected on my credit report+ $88,000.00 for total of $100,000.00 to mitigate the impact of the agency improper withholding of these documents has led to collection actions against me and the associated public record and has earned me the "marker" of having "Derogatory Public Record/Collection". With consumer credit reporting agencies which remains in my credit report for seven years as I now have to access credit benefits at high interest rate level and I am pleading for a default judgment of $100,000.00 to mitigate the adverse action for the agency improper withholding of these documents and the financial cost impact for the agency improper document withholding for the next seven years and the drastic reduction of my credit line and

downgrading of credit rating that has ruined my credit rating as a result of collection activities by credit guarantors and Service providers.

amounting in all to $100,000.00, plus interest on the judgment at the legal rate until the judgment is satisfied, and that the plaintiff has execution therefore.

_____

Clerk of Court
United States District Court

JUDGMENT ENTERED THIS _____ DAY OF _____, 2015.



```
                TECHWORLD
                800 K ST NW
                WASHINGTON
                    DC
07/27/2015       200019996
                (800)275-8777    2:10 PM

Product
Description           Sale       Final
                      Qty        Price
PM 1-Day
Flat Rate Env           1
   (Domestic)                    $5.75
   FALLS CHURCH, VA 22041
   (Flat Rate)
   (Expected Delivery Day)
   (Tuesday 07/28/2015)
Certified               1
   (@@USPS Certified Mail #)     $3.45
   (70150640000603021986)
Return                  1
Receipt
   (@@USPS Return Receipt #)     $2.80
   (95909403040251633529929)
PM 1-Day
Flat Rate Env           1
   (Domestic)                    $5.75
   WASHINGTON, DC 20240
   (Flat Rate)
   (Expected Delivery Day)
   (Tuesday 07/28/2015)
Certified               1
   (@@USPS Certified Mail #)     $3.45
   (70150640000603021443)
Return                  1
Receipt
   (@@USPS Return Receipt #)     $2.80
   (95909403040251633352936)
Total

Debit Card Remit'd              $24.00
   (Card Name:Debit Card)
   (Account #:XXXXXXXXXXXX7996)  $24.00
   (Approval #:151901)
   (Transaction #:549)
   (Receipt #:00050...
```

**SENDER: COMPLETE THIS SECTION**
- Complete items 1, 2, and 3.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

   MARION CAMPBELL
   5275 Leesburg Pike
   MS BPHC, FALLS CHURCH
   VA 22041

   9590 9403 0402 5163 3529 29

2. Article Number (Transfer from service label)

   7015 0640 0006 0302 1986

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature
   X [signature]       ☒ Agent
                       ☐ Addressee
B. Received by (Printed Name)   C. Date of Delivery

D. Is delivery address different from item 1?  ☐ Yes
   If YES, enter delivery address below:       ☐ No

3. Service Type
   ☐ Adult Signature               ☐ Priority Mail Express®
   ☐ Adult Signature Restricted Delivery   ☐ Registered Mail™
   ☐ Certified Mail®               ☐ Registered Mail Restricted Delivery
   ☐ Certified Mail Restricted Delivery    ☐ Return Receipt for Merchandise
   ☐ Collect on Delivery
   ☐ Collect on Delivery Restricted Delivery   ☐ Signature Confirmation™
   ☐ Insured Mail                  ☐ Signature Confirmation Restricted Delivery
   ☐ Insured Mail Restricted Delivery (over $500)

PS Form 3811, April 2015 PSN 7530-02-000-9053      Domestic Return Receipt

| SENDER: COMPLETE THIS SECTION | COMPLETE THIS SECTION ON DELIVERY |
|---|---|
| ■ Complete items 1, 2, and 3.<br>■ Print your name and address on the reverse so that we can return the card to you.<br>■ Attach this card to the back of the mailpiece, or on the front if space permits. | A. Signature<br>X _Celestine Adams_   ☐ Agent ☒ Addressee<br>B. Received by (Printed Name): C. Adams   C. Date of Delivery: 7-30-15 |
| 1. Article Addressed to:<br>DEBORAH CHARETTE<br>1849 C St, NW<br>MS 6456<br>Washington DC 20240 | D. Is delivery address different from item 1? ☐ Yes<br>If YES, enter delivery address below: ☐ No |
| ‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖<br>9590 9403 0402 5163 3529 36 | 3. Service Type<br>☐ Adult Signature<br>☐ Adult Signature Restricted Delivery<br>☐ Certified Mail®<br>☐ Certified Mail Restricted Delivery<br>☐ Collect on Delivery | ☐ Priority Mail Express®<br>☐ Registered Mail™<br>☐ Registered Mail Restricted Delivery<br>☐ Return Receipt for Merchandise |
| 2. Article Number (Transfer from service label)<br>7015 0640 0006 0302 1443 | ☐ Collect on Delivery Restricted Delivery<br>☐ Insured Mail<br>☐ Insured Mail Restricted Delivery (over $500) | ☐ Signature Confirmation™<br>☐ Signature Confirmation Restricted Delivery |
| PS Form 3811, April 2015 PSN 7530-02-000-9053 | Domestic Return Receipt |

UNITED STATES POSTAL SERVICE

First-Class Mail
Postage & Fees Paid
USPS
Permit No. G-10

• Sender: Please print your name, address, and ZIP+4® in this box •

Barry Ahuruonye
2001 Oglethorpe St
#202
Hyattsville MD 20782

USPS TRACKING#

9590 9403 0402 5163 3529 36



0000135 3404911 000135 000135 0001/0001

## Federal Employee Program



>0000135 3404911 001 92022   000135

BARRY U AHURUONYE
2001 OGLETHORPE ST
UNIT 202
HYATTSVILLE MD 20782-2712

MAY 18, 2015

DEAR MR. AHURUONYE:

We have been notified by your agency's payroll office that your coverage in the Federal Employees Health Benefit (FEHB) Program has been terminated. Regretfully, your enrollment in the Blue Cross and Blue Shield Service Benefit Plan has been terminated effective 04/17/2015. After this date, you will receive an additional 31 days of coverage. We will be requesting a refund for any claims paid in error after your 31-day extension of coverage. You will be notified by your local Blue Cross and Blue Shield Plan regarding refund procedures for those claims.

If you disagree with this decision, you may ask your employing office or retirement system to reconsider our decision. The request must be made in writing and must include your name, address, Social Security Number or other personal identification number, name of carrier, reason(s) for the request, and if applicable, retirement claim number. The request for reconsideration must be filed within 60 calendar days after the date of this termination notice. Once you have requested reconsideration, please immediately contact the customer service unit at your local Blue Cross and Blue Shield Plan to make them aware of your request. Providing this information is important so your local Blue Cross and Blue Shield Plan can suspend its refund recovery activity for claims paid in error until your employing office or retirement system makes a decision on your reconsideration request. The customer service telephone number is located on the back of your identification card.

We regret any inconvenience this may cause you. If you have any questions, please contact your Payroll Office.

Enrollment Processing Section
FEP Operations Center®

The Government - Wide Service Benefit Plan
Blue Cross and Blue Shield Association

P. O. Box 8061
Mason, OH 45040-8061

Barry Ahuruonye
2001 Oglethorpe St
Apt 202
Hyattsville, MD 20782-2712

16102
C106

June 7, 2015

RE: xxxxxxx0250

Dear Barry Ahuruonye:

We are writing to let you know that the credit limit on your Macy's Account has been reduced. Your new limit is $200. This credit limit applies to purchases made inside our stores.

Our credit decision was based in whole or in part on information obtained in a report from the consumer reporting agency listed below. The consumer reporting agency did not make this decision and is unable to give you specific reasons why we took this action. Under the Fair Credit Reporting Act you have the right to obtain a free copy of your file at the consumer reporting agency within 60 days after your receipt of this letter and you also have the right to dispute the accuracy or completeness of any such information by contacting the consumer reporting agency at:

Equifax Credit Info Services
P O BOX 740241
Atlanta, GA 30374-0241
1-800-685-1111
www.Equifax.com/fcra

The factor(s) which most significantly affected our decision is (are) as follows:
- Derogatory public record or collection filed
- Proportion of balances to credit limits on bank/national revolving or other revolving accounts is too high
- Time since delinquency is too recent or unknown
- Number of inquiries adversely affected the score - impact was not significant

Information about Your Credit Score

We also obtained your credit score from Equifax and used it in making our credit decision. Your score is a number that reflects the information in your credit report. Your score can change, depending on how the information in your credit report changes.

TA101 - 67

Score: 596
Date: April 21, 2015
Scores range from a low of 250 to a high of 900

Key factors that adversely affected your score:
- Derogatory public record or collection filed
- Proportion of balances to credit limits on bank/national revolving or other revolving accounts is too high
- Time since delinquency is too recent or unknown
- Number of inquiries adversely affected the score - impact was not significant

We value you as a customer and look forward to continuing to meet your shopping needs. Please contact us at 1-888-762-9877 if any of your information has changed and we would be happy to re-evaluate your credit limit.

Sincerely,

Macy's Customer Service

The Macy's Card is issued by Department Stores National Bank.
*Please see page 2 for important information.

SYNCHRONY BANK
PO BOX 965033
ORLANDO, FL 32896-5033

August 17, 2015

BARRY AHURUONYE
2001 OGLETHORPE ST APT 202        24194
HYATTSVILLE MD 20782-2712         C108

RE: CARECREDIT/SYNCHRONY BANK
Account Number Ending In: 5616

Dear Barry Ahuruonye,

As part of our standard practices, SYNCHRONY BANK has completed a credit review of your CARECREDIT/SYNCHRONY BANK account and overall credit bureau information.

Based on our review of your information, your available credit limit amount has been lowered to $4600. Your account remains open and available for use, subject to the new credit limit and will continue to be periodically reviewed.

While we look at many factors in making credit limit decisions, the following characteristics were most pertinent to our decision regarding your account:

DEROGATORY PUBLIC RECORD OR COLLECTION FILED
PROPORTION OF BALANCES TO CREDIT LIMITS ON BANK/NATIONAL REVOLVING OR OTHER REVOLVING ACCOUNTS IS TOO HIGH
TIME SINCE DELINQUENCY IS TOO RECENT OR UNKNOWN
PROPORTION OF LOAN BALANCES TO LOAN AMOUNTS IS TOO HIGH

**Information about your Credit Score used in this evaluation:**
In addition, we also obtained an external credit score from the consumer reporting agency listed below and used it in part in making our credit decision. Your credit score is not the principal reason for our decision. The principal reasons for our decision are listed above. Your credit score is a number that reflects the information in your consumer report. Your credit score can change, depending on how the information in your credit report changes. The credit score below was developed using standard industry methods and was used in evaluating the action taken on your account. The credit score may differ from the score you may obtain from a consumer reporting agency.

Your credit score: 584

Date: June 11, 2015

Scores range from a low of 300 to a high of 850.

Key factors that adversely affected your credit score:

DEROGATORY PUBLIC RECORD OR COLLECTION FILED
PROPORTION OF BALANCES TO CREDIT LIMITS ON BANK/NATIONAL REVOLVING OR OTHER REVOLVING ACCOUNTS IS TOO HIGH
TIME SINCE DELINQUENCY IS TOO RECENT OR UNKNOWN
PROPORTION OF LOAN BALANCES TO LOAN AMOUNTS IS TOO HIGH

While the date of the credit score may not be recent, your score has likely not changed significantly since this date. We receive updated scores on a periodic basis, and when significant changes occur in your credit score.

The consumer reporting agency listed below reported some information used to make this decision. You have a right under the Fair Credit Reporting Act to know the information contained in your credit file at the consumer-reporting agency. The reporting agency and CARECREDIT/SYNCHRONY BANK did not make this credit decision and

5302 9072 3200 8300 CAA13 5229 FN00024194

| | | | |
|---|---|---|---|
| Name/Relationship: | Barry Ahuruonye/Self | Name: | Barry Ahuruonye |
| Claim: | 5042039696 99 | Employer: | FEDVIP |
| Dentist: | Dr. Shahrokh Soltani, DMD | Group: | 0120731 |
| | | Document: | 150420469229 |

## Plan overview

## Claim detail

| Date of service | Service code, description | Your dentist submitted | Negotiated in-network fee | Allowed amount | MetLife paid | You owe your dentist |
|---|---|---|---|---|---|---|
| 10/24/14 | D9999, Unspec. adjunctive service | $6,888.96 | $6,888.96 | | SEE NOTE 1 | |
| **Totals** | | **$6,888.96** | **$6,888.96** | | | |

• *Note 1: Please provide a valid CDT procedure code based on tooth number and location. (3T)*

## Your rights if benefits are denied

While we always process claims according to the terms of your Federal Dental Plan, you have the right to appeal our benefits decision up to two times at no cost to you.

Please send any request for review in writing within 180 days of the date on this explanation of benefits to:

MetLife Group Claims Review
P.O. Box 14589
Lexington, KY 40512

In your request for a review, please include:

- Whether this is your first or second request for a review
- The reason you believe the claim for benefits was improperly denied
- Any comments, questions, documents or information that support your reason.

We'll review your claim within 30 days of receiving it and send you a clear, understandable explanation by mail or email. If we deny your first appeal in whole or in part, you may request a second level appeal and we'll respond to that request within a 30 day time period.

### How we promise a full and fair review

- The review will be made by someone who didn't make the initial review of your benefits, including anyone who reports to that person. If you're requesting a second review, the reviewer also won't be the person who conducted the first review
- You have the right to request free copies of all documents, records and other information we used to evaluate your claim
- If deciding an appeal relies at all on a medical judgment, we'll consult a health care professional with appropriate training and experience
- If our benefits decision is based on an internal rule, guideline or other standard, you may request a copy of the document free of charge
- If we determine that a procedure or treatment was unnecessary or experimental or had a similar exclusion or limit, you may ask us to provide an explanation of the scientific or clinical judgment free of charge.

### What you can do after two appeals

- If you're not satisfied with our decision after a second level appeal, an additional review process may be available depending on the nature of the benefit dispute. Where applicable, this information will be provided to you.

# **Explanation of Dental Benefits**   17                                    **MetLife**

This shows how we determined your benefits after a recent visit to the dentist. Please save this explanation for your taxes.



Go Green! Please visit www.metlife.com/mybenefits to register for paperless EOB delivery and confirm your email address for electronic delivery notifications.

## Claim summary

| | |
|---|---|
| Your dentist submitted | $ 6,888.96 |
| MetLife paid your dentist | $ 0.00 |

**This is not a bill.** You may receive a bill from your dentist. Please refer to the claim detail for more information.

**We're here to help.** Please visit us at www.federaldental.metlife.com for additional information on your Dental Program, benefits, and claim details, or call 888-865-6854, Monday - Friday, 8am - 11pm ET.

## Your information

Name/Relationship
**Barry Ahuruonye/Self**

Name
**Barry Ahuruonye**

Employer
**FEDVIP**

Group
**0120731**

Claim
**5042039696 99**

Dentist
**Dr. Shahrokh Soltani, DMD**

Date processed
**April 24, 2015**

Document
**150420469229**

**Note:** This explanation of benefits statement reflects both MetLife and non-MetLife carrier expenses. However, the non-MetLife carrier expenses will not be considered towards the maximum allowable benefit under the MetLife Federal Dental Plan. Federal Law requires that benefits for all dental procedures under the MetLife Federal Dental Plan must be coordinated with your Federal Employees Health Benefits(FEHB) Plan, if the FEHB Plan provides Dental benefits. The FEHB Plan will be the first/primary payor of any benefit payments. The MetLife Federal Dental Plan is secondary to the FEHB Plan.

**? Have an Employee Spending Account?**
If you are eligible/enrolled in the Employee Spending Account program, the unpaid portion of your Dental claim has been referred for further consideration.

**!** We have asked your dentist to provide some information to complete processing your claim. Please review the claim detail for the information required.

METLIFE
PO BOX 981282
EL PASO TX 79998

00919
BARRY AHURUONYE
2001 OGLETHORPE ST APT 202
HYATTSVILLE MD 20782

Metropolitan Life
Insurance Company          Page 1 of 2

# Ballston Metro Dental

671 N. Glebe Rd
Suite #1260
Arlington, VA 22203
(703)294-6144

April 15, 2015

Barry Ahuruonye
2001 Oglethorpe Street
#202
Hyattsville, MA 20710

ID: 7317

| Account Aging | |
|---|---:|
| Current: | $159.00 |
| 30 Days: | $0.00 |
| 60 Days: | $0.00 |
| 90 Days: | $5,030.80 |
| Contract: | $0.00 |
| Balance Due: | $5,189.80 |
| Estimated Insurance: | $52.80 |
| **Balance Due Now:** | **$5,137.00** |

CareCredit

# SALES DRAFT

Customer Copy

**⤳CareCredit**

SYNCB CARECREDIT REVOLVING (************0504)
BALLSTON METRO DENTAL
671 N GLEBE RD STE 1260
ARLINGTON, VA 22203-2137
04/15/2015   04:53.22 PM EDT

| | |
|---|---|
| **ACCOUNT NUMBER:** | ************5616 |
| **TRANSACTION CODE:** | 124 |
| **DESCRIPTION:** | 24 MONTH NO INTEREST WITH PAY DEFERRED INTEREST |
| **TOTAL:** | $3535.20 |

**No Interest If Paid in Full Within Promotional Period (statement may describe this promotion as "Deferred Interest/No Interest if Paid in Full")"**
No Interest Charges will be assessed if the promotional purchase is paid in full within the promotion period, which is **24 months.** If the promotional purchase is not paid in full by the end of this promo period, interest will be imposed from the date of purchase at the Annual Percentage Rate of **26.99%.** If the word "variable" appears in the previous sentence, that APR will vary with the market based on the prime rate. This means to avoid paying interest on the promotional purchase, you must pay the entire amount of the promotional purchase before the end of the promo period. 24 fixed monthly payments are required and will be equal to 4.1666% of initial promo purchase balance amount. The fixed monthly payment will be rounded up to the next highest whole dollar and may be higher than the minimum payment that would be required if this was a non-promotional purchase. Regular account terms apply to non-promotional purchases and, after promotion ends, to promotional purchase, except the fixed monthly payment will apply until the promotion is paid in full.

SEQ #:260          AVS CODE:          AUTH #: 015713

**Ballston Metro Dental**
671 N. Glebe Rd
Suite #1260
Arlington, VA 22203
(703)294-6144

April 15, 2015

Barry Ahuruonye
2001 Oglethorpe Street
#202
Hyattsville, MA 20710

ID: 7317

| Account Aging | |
|---|---:|
| Current: | $123.80 |
| 30 Days: | $0.00 |
| 60 Days: | $0.00 |
| 90 Days: | $1,530.80 |
| Contract: | $0.00 |
| Balance Due: | $1,654.60 |
| Estimated Insurance: | $123.80 |
| **Balance Due Now:** | **$1,530.80** |